IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES T. WILLIAMS,<br>                Defendant. | CRIMINAL NO. 95-407-2 |

**ORDER**

**AND NOW,** this 24th day of February 2025, upon consideration of Defendant James T. Williams' "Emergency Motion Under Rule 60(b)(6) to Amend or Vacate Judgment Based upon Change in Circumstances and to Correct Injustice" (Doc. No. 523), the Government's Response in Opposition (Doc. No. 524), the Government's Supplemental Response in Opposition (Doc. No. 530), Defendant's Pro Se Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 540), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motions (Doc. Nos. 523, 540) are **DENIED**.

                              BY THE COURT:

                              /s/ Joel H. Slomsky, J.
                              JOEL H. SLOMSKY, J.